SALVATORE GAROFALO ET AL. *v.* ANGELO
SQUILLANTE ET AL.

The plaintiffs' petition for certification for appeal from the Appellate Court, 60 Conn. App. 687 (AC 19241), is denied.

*Charles D. Houlihan, Jr.,* in support of the petition.

*James H. Throwe,* in opposition.

Decided January 16, 2001

KEVIN STROBEL *v.* ROSE LI-HWA STROBEL

The plaintiff's petition for certification for appeal from the Appellate Court, 60 Conn. App. 908 (AC 19325), is denied.

*Kevin Strobel,* pro se, in support of the petition.

*Rose Li-Hwa Strobel,* pro se, in opposition.

Decided January 16, 2001

STATE OF CONNECTICUT *v.* GUY LOUISE-JULIE

The defendant's petition for certification for appeal from the Appellate Court, 60 Conn. App. 837 (AC 19477), is denied.

VERTEFEUILLE, J., did not participate in the consideration or decision of this petition.

*John R. Williams,* in support of the petition.

*Leon F. Dalbec, Jr.,* senior assistant state's attorney, in opposition.

Decided January 16, 2001